IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN
APPELLATE DIVISION

| | |
|---|---|
| GENT MOSBY, | D.C. App.Crim.App.No. 1997-0015-1 |
| Appellant, | Super. Ct. Crim. No. F1/1996 |
| vs. | |
| GOV'T OF THE VIRGIN ISLANDS, | |
| Appellee. | |

On Appeal from the Superior Court of the Virgin Islands
The Honorable Ishmael A. Meyers, Judge Presiding

Considered: January 22, 2010
Filed: September 16, 2011

**BEFORE:** **RAYMOND L. FINCH**, Senior Sitting Judge of the District Court of the Virgin Islands; **LEGROME D. DAVIS**, Judge of the District Court, Eastern District of Pennsylvania, sitting by designation; and **PATRICIA D. STEELE**, Judge of the Superior Court, Division of St. Croix, sitting by designation.

**Attorneys:**

**Rebecca Weiss, Esq.**
**Treston E. Moore, Esq.**
St. Thomas, U.S.V.I.
    For the Appellant,

**Maureen Phelan, Esq. AAG**
**Pamela R. Tepper, Esq. AAG**
St. Thomas, U.S.V.I.
    For the Appellee.

**Per Curiam.**

**ORDER**

AND NOW for reasons more fully stated in a Memorandum Opinion filed on even date. It is hereby,

ORDERED that the Appellant's Superior Court judgment of conviction is AFFIRMED.

SO ORDERED this 16th day of September 2011.

**ATTEST:**

**WILFREDO F. MORALES**
Clerk of the Court

By [signature]

**Copies (with accompanying Memorandum Opinion) to:**

Hon. Raymond L. Finch
Hon. Legrome D. Davis
Hon. Patricia D. Steele
Hon. Darryl D. Donohue, Presiding Judge of the Superior Court
Venetia Velazquez, Esq. Clerk of the Superior Court
Queen Terry, Esq.
Rebecca Weiss, Esq.
Treston E. Moore, Esq.
Pamela R. Tepper, Esq. AAG